

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | TELEPHONE (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

July 29, 2011

OUR FILE NUMBER
677,455-01

VIA ECF

1850103
(212) 326-2067

The Honorable Frederic Block
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Re: *Zimmerman et al. v. Poly Prep Country Day School et al.,*
    *09 Civ. 4586 (FB) (CLP)*

Dear Judge Block:

      Our firm represents the Defendants Poly Prep Country Day School ("Poly Prep"), William M. Williams, David B. Harman and certain members of the Poly Prep Board of Trustees currently unknown and identified by Plaintiffs as "James Doe I-XXX" ("Defendants") in the above-captioned matter. We are in receipt of a six-page letter dated July 28, 2011, from Plaintiffs' counsel to Your Honor requesting, under this Court's Individual Practice Rule 2.A., a pre-motion conference in order to file a motion for fraud upon the court sanctions. In accordance with this Court's Rules, we wish to inform Your Honor that Defendants intend to file a letter response not to exceed three pages no later than Thursday August 4, 2011. We note that counsel's letter also makes accusations against two members of the Bar whom Plaintiffs recently added as defendants in their Second Amended Complaint. We intend to notify these individuals in case they also wish to be heard in response to this letter.

      Defendants reserve all rights to challenge the filing of Plaintiffs' counsel's letter, including seeking appropriate relief and costs.

Respectfully submitted,

Jeffrey I. Kohn
of O'MELVENY & MYERS LLP

cc: Hon. Cheryl L. Pollak
    Kevin T. Mulhearn, Esq.
    Shiva Eftekhari, Esq.