US MAGISTRATE JUDGE CHERYL L. POLLAK           DATE: 2/29/12

                                               TIME SPENT: _____

DOCKET NO. __09 CV 4586__

CASE: __Zimmerman v Poly Prep__

____ INITIAL CONFERENCE              ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE            ____ FINAL/PRETRIAL CONFERENCE
_✓_ SETTLEMENT CONFERENCE            ____ TELEPHONE CONFERENCE
____ MOTION HEARING                  ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                       ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:  _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Conference scheduled for 3/28 at 2:30 PM