# KEVIN T. MULHEARN, P.C.

## ATTORNEYS AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

TEL: 845-398-0361
FAX: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET
WWW.MULHEARNLAW.COM

**VIA FAX ONLY**

March 2, 2012

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Zimmerman, et al. v. Poly Prep Country Day School, et al.,**
**09 Civ. 4586 (FB) (CLP)**

Dear Judge Block:

Upon the consent of Defendants' counsel, I write to seek the Court's consent to extend
the supplemental briefing schedule with respect to Plaintiffs' Third Amended Complaint,
which will be filed on or before March 12, 2012, as follows:

Defendants' Supplemental Briefs and/or Motion Papers Due:  April 16, 2012
Plaintiffs' Opposition Brief and/or Motion Papers Due:  May 7, 2012
Defendants' Reply Brief and/or Motion Papers Due:  May 21, 2012

I also write to notify the Court that, pursuant to the parties' February 17, 2012 joint letter
to Your Honor, and Your Honor's February 24, 2012 Order, Plaintiffs' Third Amended
Complaint will be filed "Under Seal," and not via ECF. Also, unless the Court orders
otherwise, we will send this letter via fax only.

If the aforesaid is acceptable to the Court, please endorse this letter. Thank you for your
consideration of this request.

Sincerely,
KEVIN THOMAS MULHEARN  (KM2301)

KTM/mmi
cc:  Hon. Cheryl L. Pollak
     Jeffrey I. Kohn, Esq.
     Phillip Touitou, Esq.
     Concepcion A. Montoya, Esq.
     Harry Petchesky, Esq.