# O'MELVENY & MYERS LLP

| | Times Square Tower | |
|---|---|---|
| BEIJING | 7 Times Square | NEWPORT BEACH |
| BRUSSELS | New York, New York 10036 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (212) 326-2061 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

May 21, 2012

WRITER'S DIRECT DIAL
(212) 326-2067

**BY HAND AND ECF**

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Honorable Frederic Block
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Zimmerman v. Poly Prep Country Day School,
                USDC, EDNY Case No. 09 CV 4586 (FB)(CLP)**

Dear Judge Block:

      In accordance with Rule 2D of Your Honor's Motion Practices, Defendants Poly Prep Country Day School, William M. Williams, David B. Harman, and certain members of the Poly Prep Board of Trustees currently unknown and identified by Plaintiffs as "James Doe I-XXX" (collectively, "Poly Prep Defendants") enclose courtesy copies of the following papers in connection with their motion to dismiss the Third Amended Complaint (With Addendum) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

- Supplemental Memorandum of Law in Support of the Poly Prep Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (With Addendum);

- Plaintiffs' Supplemental Memorandum of Law in Opposition to the Poly Prep Defendants' Motion to Dismiss the Third Amended Complaint

- Supplemental Reply Memorandum of Law in Support of the Poly Prep Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (With Addendum)

      These documents have been electronically filed and service copies will be sent to counsel and Magistrate Judge Pollak.

†In association with Tumbuan & Partners

O'MELVENY & MYERS LLP

Honorable Frederic Block, May 21, 2012 - Page 2

Sincerely,

Jeffrey Kohn
of O'MELVENY & MYERS LLP

Enclosures

cc:  Hon. Cheryl L. Pollak

Kevin T. Mulhearn, Esq.
Concepcion Montoya, Esq.
Philip Touitou, Esq.
Harry Petchesky, Esq.