**KEVIN T. MULHEARN, P.C.**
ATTORNEYS AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

TEL: 845-398-0361
FAX: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET
WWW.MULHEARNLAW.COM

**VIA FACSIMILE, REGULAR MAIL & ECF**

May 22, 2012

Hon. Frederic Block           Hon. Cheryl L. Pollak
U.S. District Court, EDNY     US District Court, EDNY
225 Cadman Plaza East         225 Cadman Plaza East
Brooklyn, NY 11201            Brooklyn, NY 11201

**Re: Zimmerman, et al. v. Poly Prep, CDS, et al.: 09-CV-4586 (FB) (CLP)**

Dear Judge Block and Judge Pollak:

This letter is to formally advise the Court that the settlement negotiations in this case have stalled and reached an impasse.

Accordingly, pursuant to the February 17, 2012 letter of Jeffrey I. Kohn to Judge Block (Docket No. 217), this letter (a copy of which shall be transmitted to Defendants' counsel) provides the requisite notice to the Court and Defendants' counsel that – beginning on Monday, May 28, 2012 – Plaintiffs shall publicly file on ECF all papers referenced by the Court in its January 3, 2012 Order (Docket No. 206), as well as the Third Amended Complaint (with Addendum). These documents shall be filed after the appropriate redaction of confidential information, as ordered by this Court.

On behalf of Plaintiffs and my co-counsel, I thank Judge Pollak for the substantial time and effort she expended in trying to help the parties achieve a resolution of this matter.

Thank you for your attention to this matter.

Sincerely,

KEVIN THOMAS MULHEARN

KTM/sar

cc:  Jeffrey I. Kohn, Esq.
     Philip Touitou, Esq.
     Harry Petchesky, Esq.