

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (212) 326-2061 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

June 22, 2012

OUR FILE NUMBER
677,455-001

**VIA HAND DELIVERY AND ECF**

WRITER'S DIRECT DIAL
(212) 326-2067

The Honorable Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

    Re: ***Zimmerman, et al. v. Poly Prep Country Day School, et al.,***
         ***09 Civ. 4586 (FB) (CLP)***

Dear Judge Block:

    As you know, my firm represents Defendants Poly Prep Country Day School, William M. Williams, David B. Harman and certain members of the Poly Prep Board of Trustees currently unknown and identified by Plaintiffs as "James Doe I-XXX" in the above-referenced matter (collectively, "Poly Prep Defendants").

    As we advised the Court at the oral argument on June 20, 2012, the Poly Prep Defendants intend to file objections to Magistrate Judge Pollak's June 5, 2012 Order today. Due to the breadth of the Order and the complexity of the issues, the Poly Prep Defendants respectfully request permission to file a brief of up to 30 pages (though we do not anticipate needing all five additional pages).

                          Respectfully submitted,

                          Jeffrey I. Kohn
                        *of* O'MELVENY & MYERS LLP

cc:    Kevin T. Mulhearn, Esq.
        Edward Flanders, Esq.
        Kimberly Buffington, Esq.
        Philip Touitou, Esq.
        Concepcion A. Montoya, Esq.
        Harry Petchesky, Esq.

†In association with Tumbuan & Partners