Matthew E. Fishbein (mefishbein@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6077

*Attorneys for Poly Prep Country Day School,
David B. Harman, and William M. Williams*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| JAMES ZIMMERMAN, PHILIP CULHANE, DAVID HILTBRAND, WILLIAM JACKSON, GEORGE ZAROU, JOHN JOSEPH PAGGIOLI, PHILIP LYLE SMITH, DAVID ZARNOCK, PHILIP C. HENNINGSEN, "JOHN DOE II," "JOHN DOE IV," and "JOHN DOE V," <br><br>Plaintiffs, <br><br>-against- <br><br>POLY PREP COUNTRY DAY SCHOOL, WILLIAM M. WILLIAMS, DAVID B. HARMAN, AND VARIOUS MEMBERS OF THE POLY PREP BOARD OF TRUSTEES, WHOSE NAMES ARE CURRENTLY UNKNOWN AND THUS DESIGNATED AS "JAMES DOES I-XXX," HARRY PETCHESKY, ROBERT HERRMANN, and MICHAEL NOVELLO, <br><br>Defendants. | Civil Action Number 09-4586 (FB) <br><br>ECF Case <br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

----------------------------------------x

PLEASE TAKE NOTICE that WILLIAM M. WILLIAMS appears in the case captioned above by his co-counsel Matthew E. Fishbein of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
June 27, 2012

                                      DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Matthew E. Fishbein
                                        Matthew E. Fishbein
                                mefishbein@debevoise.com
                                DEBEVOISE & PLIMPTON LLP
                                919 Third Avenue
                                New York, New York  10022
                                (212) 909-6077

                                *Attorneys for Poly Prep Country Day School*
                                *David B. Harman, and William M. Williams*