# KEVIN T. MULHEARN, P.C.
## ATTORNEYS AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

TEL: 845-398-0361
FAX: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET
WWW.MULHEARNLAW.COM

**VIA EXPRESS MAIL**

July 26, 2012

Matthew E. Fishbein, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Harry Petchesky, Esq.
Scheichet & Davis, P.C.
767 Third Avenue, 24th Fl
New York, NY 10017

Jeffrey I. Kohn, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Philip Touitou, Esq.
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Fl
New York, NY 10017

David B. Trachtenberg, Esq
Trachtenberg & Rodes, LLP
545 Fifth Avenue, Suite 620
New York, NY 10017

**Re:   Zimmerman v. Poly Prep, CDS  09-CV-4586 (FB) (CLP)**

Dear Counselors:

Enclosed please find a true copy of: (1) the Declaration of Kevin T. Mulhearn, dated July 25, 2012 (with Exhibits A-H), and (2) Plaintiffs' Memorandum of Law in Opposition to Defendants' Objections to Magistrate Judge Pollak's June 5, 2012 Order.

An electronic copy of each of these documents was sent to each of you via email on July 25, 2012.

Please let me know when you intend to file Defendants' complete set of motion papers with Judge Block, so that we can make sure to file Plaintiffs' papers at or near the same time.

Finally, kindly note that we corrected several non-substantive typographical errors (pp. 8, 16, 19 & 27 of the Brief, p. 1 of the Declaration), and added an overlooked entry (the last one) to the Table of Authorities.

Thank you.

Sincerely,

KEVIN THOMAS MULHEARN

KTM/sar/encl.

cc:   Edward Flanders, Esq.
      Kimberly Buffington, Esq.