

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (212) 326-2061 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

August 14, 2012

OUR FILE NUMBER
677,455-001

**VIA HAND DELIVERY AND ECF**

WRITER'S DIRECT DIAL
(212) 326-2131

The Honorable Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

WRITER'S E-MAIL ADDRESS
seftekhari@omm.com

Re: *Zimmerman, et al. v. Poly Prep Country Day School, et al.,*
   *09 Civ. 4586 (FB) (CLP)*

Dear Judge Block:

In accordance with the July 10, 2012 Scheduling Order, the Poly Prep Defendants intend to file by August 17, 2012 their reply memorandum in support of the objections to Magistrate Judge Pollak's June 5, 2012 Order ("Order"). Due to the breadth of the Order and the complexity of the issues, the Poly Prep Defendants respectfully request permission to exceed the ten-page limit for their reply brief.

Respectfully submitted,

Shiva Eftekhari
*for* O'MELVENY & MYERS LLP

cc: Jeffrey I. Kohn, Esq.
Matthew E. Fishbein, Esq.
Helen V. Cantwell, Esq.
Kevin T. Mulhearn, Esq.
Edward Flanders, Esq.
Kimberly Buffington, Esq.
Philip Touitou, Esq.
Concepcion A. Montoya, Esq.
Harry Petchesky, Esq.
David Trachtenberg, Esq.

†In association with Tumbuan & Partners