# HINSHAW

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

September 10, 2012

**VIA ELECTRONIC FILING**
Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Zimmerman, et al. v. Poly Prep Country Day School, et al.*
           Docket No. 09-cv-4586 (FB)(CLP)

Dear Judge Pollak:

    We represent Robert Herrmann in this action and write to clarify the Court's Order, dated September 10, 2012, directing all parties to appear at the conference scheduled on September 14, 2012. As the Court has dismissed the state law claim that had been pending against Mr. Herrmann by Memorandum and Order, dated August 28, 2012, he is no longer a party in this action. Therefore, we respectfully submit that Mr. Herrmann's appearance is not necessary at the September 14th conference.

    We thank the Court for its consideration in this matter.

                          Respectfully submitted,

                          HINSHAW & CULBERTSON LLP

                          By: *s/Concepcion A. Montoya*
                              Concepcion A. Montoya (CM-7147)

cc:    Via ECF
       Kevin T. Mulhearn, Esq.
       Kimberly L. Buffington, Esq.
       Edward Flanders, Esq.
       Jeffrey I. Kohn, Esq.
       Matthew Fishbein, Esq.

*[Handwritten:]* Mr. Herrmann need not appear. So Ordered.
*[signature]*
9/11/12

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin
130424913 0926986