

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Edward Flanders
tel 212.858.1638
edward.flanders@pillsburylaw.com

September 17, 2012

**Via ECF**

Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *James Zimmerman, et al. v. Poly Prep Country Day School, et al.*;
              Docket No. 09-cv-4586-FB-CLP

Dear Judge Block:

As Your Honor is aware based on Friday's conference, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") is no longer co-counsel to the Plaintiffs in the above-referenced proceeding. We understand, however, that Kevin T. Mulhearn continues to represent Plaintiffs.

In light of the foregoing, Pillsbury respectfully requests that the Court so-order this letter relieving Pillsbury as co-counsel to Plaintiffs in this proceeding.

Respectfully submitted,

Edward Flanders

cc:    Mag. Judge Cheryl L. Pollak & All Counsel (Via ECF)