

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| JAKARTA† | TELEPHONE (212) 326-2000 | SINGAPORE |
| | FACSIMILE (212) 326-2061 | |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

October 3, 2012

OUR FILE NUMBER
677,455-001

**VIA ECF**

WRITER'S DIRECT DIAL
(212) 326-2067

The Honorable Frederick Block
United States District Court Judge
The Honorable Cheryl Pollak
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Re:   *Zimmerman, et al. v. Poly Prep Country Day School, et al.,
      09 Civ. 4586 (FB) (CLP)*

Dear Judge Block and Judge Pollak:

    We write jointly with counsel for Plaintiffs on behalf of all parties in the action. Based on our and Plaintiffs' recent discussions and discussions with the Court, we respectfully request that the following discovery, pleading, and motion deadlines be changed as indicated below:

- **Plaintiffs' Opposition to the Poly Prep Defendants' Motion for Reconsideration**: to be filed by November 5, 2012;

- **Poly Prep Defendants' Reply in support of their Motion for Reconsideration:** to be filed by November 28, 2012;

- **Defendants' Answer to the Complaint:** to be filed by November 12, 2012;

- **Completion of discovery relating to equitable estoppel:** to be completed by December 17, 2012.

    If this schedule is acceptable to the Court, we ask that Your Honors kindly endorse this letter.

† In association with Tumbuan & Partners

O'MELVENY & MYERS LLP
October 3, 2012 - Page 2

                                     Respectfully submitted,

                                       Jeffrey I. Kohn
                                       of O'MELVENY & MYERS LLP

cc:     All Counsel (via ECF and E-mail)

                                       _____

                                       SO ORDERED