# UNITED STATES DISTRICT COURT

<u>    Eastern    </u> District of <u>            </u>          <u>    New York    </u>

-------------------------------------x

JAMES ZIMMERMAN, PHILIP CULHANE, DAVID HILTBRAND, WILLIAM JACKSON, GEORGE ZAROU, JOHN JOSEPH PAGGIOLI, Formerly "JOHN DOE I"), "JOHN DOE II", "JOHN DOE III", PHILIP C. HENNINGSEN (Formerly "JOHN DOE IV"), PHILIP LYLE SMITH, "JOHN DOE V" and DAVID ZARNOCK.

              Plaintiffs

v.

POLY PREP COUNTRY DAY SCHOOL, WILLIAM M. WILLIAMS, et al..,

-------------------------------------x

**NOTICE OF APPEARANCE**

Case Number:   09 Civ. 4586(FB)(CLP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants, Poly Prep Country Day School, David B. Harman, William M. Williams and Trustees, Whose Names are Currently Unknown

    I certify that I am admitted to practice in this court.

<u>November 5, 2012</u>
Date

Signature
<u>Brian A. Kalman (1382) London Fischer LLP</u>
Print Name

<u>59 Maiden Lane</u>
Address

<u>New York</u>   <u>N.Y.</u>   <u>10038</u>
City        State    Zip Code

<u>(212) 972-1000</u>   <u>(212) 972-1030</u>
Phone Number     Fax Number

{N0217217.2 }