UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JAMES ZIMMERMAN, PHILIP CULHANE,
DAVID HILTBRAND, WILLIAM JACKSON,
GEORGE ZAROU, JOHN JOSEPH PAGGIOLI,    **NOTICE OF**
PHILIP LYLE SMITH, DAVID ZARNOCK,      **VOLUNTARY**
PHILIP C. HENNINGSEN, "JOHN DOE II,"   **DISMISSAL WITH**
"JOHN DOE III," and "JOHN DOE V,"      **PREJUDICE**

                               *Plaintiffs*,         09-cv-04586-FB-CLP

   - against -

POLY PREP COUNTRY DAY SCHOOL,
WILLIAM M. WILLIAMS, DAVID B. HARMAN,
VARIOUS MEMBERS OF THE POLY PREP
BOARD OF TRUSTEES, WHOSE NAMES ARE
CURRENTLY UNKNOWN AND THUS
DESIGNATED AS "JAMES DOE I-XXX,"
HARRY PETCHESKY, ESQ., and MICHAEL
NOVELLO,

                               *Defendants*.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each of the above-captioned Plaintiffs, by their undersigned attorneys, Kevin T. Mulhearn, P.C., hereby dismiss, with prejudice, and without fees or costs, all claims against each of the above-captioned Defendants in the above-captioned action.

Dated: Orangeburg, New York
       January 18, 2013

                          Respectfully submitted,

                          KEVIN T. MULHEARN, P.C.

                          By: Kevin T. Mulhearn, Esq. (KM2301)

                          *Attorneys for Plaintiffs*
                          60 Dutch Hill Road
                          Suite 8
                          Orangeburg, NY 10962
                          (845)398-0361

SO ORDERED:                          Dated:_____, 2013
                                              Brooklyn, New York

_____
Hon. Cheryl L. Pollak, U.S.M.J.